| | |
|---|---|
| 1 | Scott Edward Cole, Esq. (S.B. #160744) |
|   | Laura Van Note, Esq. (S.B. #310160) |
| 2 | Mark T. Freeman, Esq. (S.B. #293721) |
|   | **COLE & VAN NOTE** |
| 3 | 555 12th Street, Suite 2100 |
|   | Oakland, California 94607 |
| 4 | Telephone:  (510) 891-9800 |
|   | Facsimile:   (510) 891-7030 |
| 5 | Email:  sec@colevannote.com |
|   | Email:  lvn@colevannote.com |
| 6 | Email:  mtf@colevannote.com |

Jason M. Wucetich, Esq. (S.B. #222113)
Dimitrios V. Korovilas, Esq. (S.B. #247230)
**WUCETICH & KOROVILAS LLP**
222 N. Pacific Coast Hwy., Suite 2000
El Segundo, CA 90245
Telephone:  (310) 335-2001
Facsimile:   (310) 364-5201
Email:  jason@wukolaw.com
Email:  dimitri@wukolaw.com

Attorneys for Representative Plaintiffs
and the Plaintiff Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROSS RICE, GARY SPEARS and JAIME GARCIA individually, and on behalf of all others similarly situated, | **Case No. 5:25-cv-01636-DTB** |
| | **Consolidated with:** |
| | **Case No. 2:25-cv-06821-AB-DTB** |
| Plaintiffs, | **CLASS ACTION** |
| v. | |
| CALIFORNIA CANCER ASSOCIATES FOR RESEARCH AND EXCELLENCE, INC. and INTEGRATED ONCOLOGY NETWORK, LLC, and DOES 1-50, inclusive, | **JOINT MOTION FOR A STAY OF CASE DEADLINES** |
| Defendants. | |

Plaintiffs Ross Rice, Gary Spears and Jaime Garcia ("Plaintiffs") and Defendants California Cancer Associates for Research and Excellence Inc. and Integrated Oncology Network, LLC, ("Defendants") (together, the "Parties"), by and through their undersigned counsel and pursuant to Federal Rules of Civil Procedure Rule 6(b), respectfully request a stay of all deadlines until thirty (30) days after the Parties' January 29, 2026 mediation. The grounds for this Joint Motion are as follows:

1. Plaintiff Ross Rice filed a Complaint on July 1, 2025. Plaintiff Gary Spears filed a related action, Case No. 2:25-cv-06821-AB-DTB, on July 25, 2025.

2. On July 30, 2025, Plaintiffs' counsel filed a Motion to Consolidate and Appoint Interim Co-Lead Class Counsel. (Doc. 11). On August 27, 2025, the Court granted Plaintiffs' Motion. (Doc. 13).[1]

3. Plaintiffs filed a Consolidated Complaint on September 23, 2025.

4. Several other actions based on the same facts and circumstances alleged in the Consolidated Complaint were filed against Defendants in the Middle District of Tennessee.

5. The Parties have agreed to mediate with Jill R. Sperber of Judicate West on January 29, 2026. The mediation is intended to globally address all claims by all parties in California and Tennessee. The Parties therefore respectfully request that all case deadlines, including Defendants' deadline to answer or otherwise respond to Plaintiffs' Consolidated Complaint, be stayed until thirty (30) days after the mediation.

6. Within ten (10) days of the mediation, the Parties will file a joint status report regarding the outcome of the mediation.

---

[1] Another related case, *J.S. v. California Cancer Associates for Research and Excellence, Inc., et al.*, Case No. 2:25-CV-09749-FMO-KS, was filed on October 30, 2025. All counsel agreed that the *J.S.* case is related to the above-captioned action and should be consolidated pursuant to the Court's August 27, 2025 Order. (Doc. 20).

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

7. Under Fed. R. Civ. P. 6(b), the Court, in its discretion, may enlarge the period for taking required or allowed action if the request is made before the expiration of the originally prescribed period. In addition, under the Rule, reasonable extensions are generally granted when the parties are in agreement, and no prejudice will result. Here, the Parties are working cooperatively and neither Party will suffer any prejudice as a result of the requested stay.

Dated: December 16, 2025        By:     */s/ Mark T. Freeman*
                                        Scott Edward Cole, Esq. (CA S.B. #160744)
                                        Laura Van Note, Esq. (S.B. #310160)
                                        Mark T. Freeman, Esq. (CA S.B. #293721)
                                        **COLE & VAN NOTE**
                                        555 12th Street, Suite 2100
                                        Oakland, California 94607
                                        Telephone: (510) 891-9800
                                        Facsimile: (510) 891-7030
                                        Email:      sec@colevannote.com
                                        Email:      lvn@colevannote.com
                                        Email:      mtf@colevannote.com

                                        Jason M. Wucetich, Esq. (S.B. #222113)
                                        Dimitrios V. Korovilas, Esq. (S.B. #247230)
                                        **WUCETICH & KOROVILAS LLP**
                                        222 N. Pacific Coast Hwy., Suite 2000
                                        El Segundo, CA 90245
                                        Telephone: (310) 335-2001
                                        Facsimile: (310) 364-5201
                                        Email:      jason@wukolaw.com
                                        Email:      dimitri@wukolaw.com

                                        *Interim Co-Lead Class Counsel*

                                        Raymond O. Aghaian, Esq. (S.B. # 218294)
                                        **BAKER & HOSTETLER LLP**
                                        1900 Avenue of the Stars, Suite 2700
                                        Los Angeles, CA 90067-4301
                                        Tel: (310) 820-8800
                                        Fax: (310) 820-8859
                                        Email: raghaian@bakerlaw.com

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

-3-

JOINT MOTION FOR A STAY OF CASE DEADLINES
Case No.: 5:25-cv-01636-DTB

135817.000001\4937-3038-2721.1



COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

Jason A. Orr, Esq. (S.B.# 301764)
Raika N. Casey, Esq.**
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone: (303)764 – 4026
Facsimile: (303) 861-7805
Email: jorr@bakerlaw.com
Email: rcasey@bakerlaw.com

**Pro hac vice forthcoming*

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 16, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Mark T. Freeman*
Mark T. Freeman

-4-

JOINT MOTION FOR A STAY OF CASE DEADLINES
Case No.: 5:25-cv-01636-DTB

135817.000001\4937-3038-2721.1