BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Raymond O. Aghaian (SBN 218294)
Jason A. Orr (SBN 301764)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Tel: (310) 820-8800
Fax: (310) 820-8859
Email: raghaian@bakerlaw.com
jorr@bakerlaw.com
*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ROSS RICE, GARY SPEARS and JAIME GARCIA, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CALIFORNIA CANCER ASSOCIATES FOR RESEARCH AND EXCELLENCE, INC. and INTEGRATED ONCOLOGY NETWORK, LLC, and DOES 1-50, inclusive,

Defendants.

Case No.: 5:25-cv-01636-DTB

Consolidated with: Case No. 2:25-cv-06821-AB-DTB

**DEFENDANTS' MOTION TO DISMISS**

[Filed Concurrently with Memorandum in Support and (Proposed) Order]

Date: May 28, 2026
Time: 10:00 a.m.
Place: George E. Brown, Jr. Federal Building and United States Courthouse, Riverside
Courtroom 4, 3rd Floor
3470 Twelfth Street
Riverside, CA 92501-3801

Action Filed: 7/1/2025

**TO THE HONORABLE DAVID T. BRISTOW, MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on May 28, 2026 in Courtroom 4 of the above-entitled Court, located at the George E. Brown, Jr. Federal Building and United States Courthouse, 3470 Twelfth Street, Riverside, California, Defendants California Cancer Associates for Research and Excellence, Inc., and Integrated Oncology Network, LLC ("ION" or "Defendants") will, and hereby does, move the Court for an order dismissing the Consolidated Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) on the grounds that Plaintiffs lack Article III standing and fail to state a claim upon which relief may be granted.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, and all pleadings, papers and records on file in this Action, and such other oral argument and documentary evidence as may be presented at or before the time of adjudication of this Motion.

Dated: March 30, 2026

Respectfully submitted,

Raymond O. Aghaian (SBN 218294)
Jason A. Orr (SBN 301764)
**BAKER & HOSTETLER LLP**
1900 Ave. of the Stars, Suite 2700
Los Angeles, CA 90067
Telephone: (310) 820-8800
Facsimile: (310) 820-8859
Email: raghaian@bakerlaw.com
Email: jorr@bakerlaw.com

*Attorneys for Defendants*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2026, I filed the foregoing electronically through the CM/ECF system, which will provide notice and service to all counsel of record.

*/s/ Raymond O. Aghaian*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES