Scott Edward Cole, Esq. (CA S.B. #160744)
Laura Van Note, Esq. (S.B. #310160)
Mark T. Freeman, Esq. (CA S.B. #293721)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile:(510) 891-7030
Email: sec@colevannote.com
Email: lvn@colevannote.com
Email: mtf@colevannote.com

Jason M. Wucetich, Esq. (S.B. #222113)
Dimitrios V. Korovilas, Esq. (S.B. #247230)
**WUCETICH & KOROVILAS LLP**
222 N. Pacific Coast Hwy., Suite 2000
El Segundo, CA 90245
Telephone: (310) 335-2001
Facsimile: (310) 364-5201
Email: jason@wukolaw.com
Email: dimitri@wukolaw.com

*Interim Co-Lead Class Counsel*

Raymond O. Aghaian, Esq. (S.B. # 218294)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone: (310) 820-8800
Facsimile: (310) 820-8859
Email: raghaian@bakerlaw.com

Jason A. Orr, Esq. (S.B.# 301764)
Raika N. Casey, Esq. *(Pro Hac Vice forthcoming)*
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone: (303) 861-0600
Facsimile: (303) 861-7805
Email: jorr@bakerlaw.com
Email: rcasey@bakerlaw.com

*Attorneys for Defendants*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ROSS RICE, GARY SPEARS and JAIME GARCIA individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CALIFORNIA CANCER ASSOCIATES FOR RESEARCH AND EXCELLENCE, INC. and INTEGRATED ONCOLOGY NETWORK, LLC, and DOES 1-50, inclusive,<br><br>Defendants. | **Case No. 5:25-cv-01636-WLH-AJR**<br><br>**Consolidated with:**<br>**Case No. 2:25-cv-06821-AB-DTB**<br><br>**CLASS ACTION**<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE HEARING** |

**RECITALS**

WHEREAS, on March 30, 2026, Defendants California Cancer Associates for Research and Excellence Inc. and Integrated Oncology Network, LLC, (“Defendants”) filed a Notice of Motion and Motion to Dismiss (“Motion”) and noticed the Motion for May 28, 2026 [Dkt. #28];

WHEREAS, on May 7, 2026, Plaintiffs Ross Rice, Gary Spears, and Jaime Garcia (“Plaintiffs”) filed an Opposition to the Motion [Dkt. #30];

WHEREAS, on May 14, 2026, Defendants filed a Reply in Support of the Motion [Dkt. #31];

WHEREAS, on May 22, 2026, this case was reassigned to Judge Wesley L. Hsu and the Court reset the hearing on the Motion to June 30, 2026 [Dkt. #37];

WHEREAS, the Parties have reached a settlement in principle of Plaintiffs' claims on a class-wide basis and are in the process of preparing the settlement agreement.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, on the one hand, and Defendants, on the other hand, by and through their respective undersigned counsel, and for good cause and subject to the Court's entry of an Order approving this Stipulation, that:

1. The Motion to Dismiss Hearing currently set for June 30, 2026 at 10:00 a.m. be vacated;
2. The Court set a deadline of no less than 60 days from entry of the Court's Order approving this Stipulation by which Plaintiffs shall file a motion for preliminary approval of the class action settlement; and
3. By entering into this Stipulation, the Parties do not waive and expressly reserve all claims, defenses, and challenges in this action.

IT IS SO STIPULATED.

Dated: June 23, 2026

By: */s/ Jason A. Orr*

Jason A. Orr, Esq. (S.B.# 301764)
Raika N. Casey, Esq.**
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone: (303) 861-0600
Facsimile: (303) 861-7805
Email: jorr@bakerlaw.com
Email: rcasey@bakerlaw.com

***Pro Hac Vice forthcoming*

Raymond O. Aghaian, Esq. (S.B. # 218294)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone: (310) 820-8800
Facsimile: (310) 820-8859
Email: raghaian@bakerlaw.com

*Attorneys for Defendants*

*<u>/s/ Scott Edward Cole</u>*

Scott Edward Cole, Esq. (CA S.B. #160744)
Laura Van Note, Esq. (S.B. #310160)
Mark T. Freeman, Esq. (CA S.B. #293721)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: sec@colevannote.com
Email: lvn@colevannote.com
Email: mtf@colevannote.com

Jason M. Wucetich, Esq. (S.B. #222113)
Dimitrios V. Korovilas, Esq. (S.B. #247230)
**WUCETICH & KOROVILAS LLP**
222 N. Pacific Coast Hwy., Suite 2000
El Segundo, CA 90245
Telephone: (310) 335-2001
Facsimile: (310) 364-5201
Email: jason@wukolaw.com
Email: dimitri@wukolaw.com

*Interim Co-Lead Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 23, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Jason A. Orr*
Jason A. Orr